1

2

3

4

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

5

6

7

8

9

10

11

12

13

14

In re:

CHRISTOPHER S. CLUETT & LISA
B. CLUETT,

          Debtors.

WESTSOUND BANK, a Washington
State Chartered Bank,

          Plaintiff,

     v.

CHRISTOPHER S. CLUETT & LISA
B. CLUETT, husband & wife,

          Defendants.

CASE NO.: 07-11432

ADVERSARY CASE NO.: 07-01176

JUDGMENT FOR
ATTORNEY FEES

15

16

### I.      JUDGMENT SUMMARY

17

18

19

20

21

22

| | |
|---|---|
| Judgment Creditor: | Gerald A. Kearney |
| Judgment Debtor: | Westsound Bank |
| Principal Judgment Amount: | n/a |
| Interest to Date of Judgment | n/a |
| Interest After Date of Judgment | 12% per annum |
| Attorney Fees: | $9,456.00 |
| Costs: | n/a |
| Attorney for Judgment Creditor | Gerald A. Kearney |
| Attorney for Judgment Debtor | Audranne F. Mixom |

23

24

### II.      JUDGMENT

25

26

THIS MATTER having come before the Court for hearing on the 4th day of

March, 2008, the Court having reviewed the records and files herein; all parties being

represented by counsel; based on the oral decision rendered by the Honorable Karen A.

*JUDGMENT -- Page 1 of 2*

Overstreet, United States Bankruptcy Court Judge, the Court now deems itself fully

advised in the premises.

NOW THEREFORE,

IT IS ORDERED, ADJUDGED AND DECREED that Gerald A. Kearney,

Attorney at Law, is hereby granted judgment in the amount of $9,456.00 for attorney fees

against Plaintiff Westsound Bank.

DONE IN OPEN COURT this _____ day of _____, 2008.

_Karen A. Overstreet_
**United States Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

PRESENTED BY:                                APPROVED FOR ENTRY/
                                             NOTICE OF PRESENTATION WAIVED


__/s/Gerald A. Kearney_____          _____
Gerald A. Kearney                        Audranne F. Mixon
WSBA # 21819                             WSBA # 33218
Attorney for Defendants                  Attorneys for Plaintiff